## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEVEN TRUJILLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | Case No.  CIV-11-1072-F |
| | ) | |
| HECTOR A. LEDEZMA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on April 9, 2012 (doc. no. 26), recommending the court deny petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Magistrate Judge Bacharach also recommended that the court grant petitioner 21 days to file a separate petition for a writ of mandamus if he wishes to pursue this form of relief.

Presently before the court is petitioner's objection to the Report and Recommendation.  In accordance with 28 U.S.C. 636(b)(1), the court has conducted a *de novo* review the matter.  Having done so, the court concurs with the analysis and determination of Magistrate Judge Bacharach.  The court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach (doc. no. 26) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.  Petitioner is granted 21 days from the date of this order to file

a separate petition for a writ of mandamus if petitioner wishes to pursue this form of relief.

     DATED May 29, 2012.

_____

STEPHEN P. FRIOT<br>
UNITED STATES DISTRICT JUDGE

11-1072p002.wpd